# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Knight Edward Doggett
Flournoy, Doggett & Lavsavio
P. O. Box 1270
Alexandria LA 71309

George Arthur Flournoy
Flournoy, Doggett & Losavio
P. O. Box 1270
Alexandria LA 71309-1270

## REHEARING ACTION: April 30, 2008

**Docket Number: 07   01014-WCA**

**MARION THOMAS TERRAL, JR.**
**VERSUS**
**JUSTISS OIL COMPANY, INC.**

**Appealed from Office of Workers' Compensation - #1E Case No. 03-05337**

**BEFORE JUDGES:**

    **Hon. Billy Howard Ezell**
    **Hon. J. David Painter**
    **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Marion Thomas Terral, Jr.** has this day been

    **DENIED.**

cc: Donald Wilson, Counsel for the Appellee